# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |
| --- |
| ANDRE BROOKS,<br><br>    Plaintiff<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>In her official capacity as Acting<br>Commissioner of Social Security,<br><br>    Defendant |

Civil Action No. 15-00436 (CKK/DAR)

## MEMORANDUM OPINION
(September 30, 2016)

On August 30, 2016, the Magistrate Judge Deborah A. Robinson's Report and Recommendation was entered, and the parties were allowed 14 days to file objections to the recommendations made by the magistrate judge. No objections have been filed as of this date. Upon careful consideration of the record in this case and of Magistrate Judge Robinson's [20] Report and Recommendation, the Court ADOPTS and ACCEPTS the Report and Recommendation in full.

The Court shall GRANT IN PART Plaintiff's [14] Motion for Judgment of Reversal and DENY Defendant's [16] Motion for Judgment of Affirmance. The Court shall vacate the Commissioner's determination of equivalence at Step Three, and remand the matter back to the Social Security Administration for further proceedings on the applicability of Plaintiff's impairments under the appropriate listing.

An appropriate Order accompanies this Memorandum Opinion.


                                            /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge